**92–1228.** Wilson v. American Elec. Power. *Franklin County*, No. 91AP–996. Cause dismissed, on appellants' application for dismissal, effective July 22, 1992.

### *Wednesday, July 29, 1992*

## MERIT DOCKET

**92–1343.** State ex rel. Ruehlmann v. Luken. In Mandamus. Writ denied, consistent with the opinion to follow.

Sweeney, Acting C.J., Nahra, Douglas, Wright, H. Brown and Resnick, JJ., concur.

Holmes, J., dissents.

Joseph J. Nahra, J., of the Eighth Appellate District, sitting for Moyer, C.J.

## JURISDICTIONAL MOTIONS ALLOWED

**92–786.** Rixey v. Nationwide Mut. Ins. Co. *Lucas County*, No. L–91–064.

Sweeney, Douglas and H. Brown, JJ., dissent.

John W. McCormac, J., of the Tenth Appellate District, sitting for Resnick, J.